IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>PNC FINANCIAL SERVICES GROUP, INC., (doing business as PNC Bank, N.A.),<br><br>    Defendant. | Civil Action No. 2:06-cv-01299 (GLL)(RCM)<br><br>Judge Lancaster/<br>Magistrate Judge Mitchell |

## ORDER OF COURT

AND NOW, this 27th day of April, based upon the stipulation of the parties, and the Court having been advised that this matter has been resolved, it is hereby ORDERED that the above civil action is DISMISSED with prejudice, each party to bear their own fees, costs and expenses and, FURTHER, that this Court does hereby enter and approve the foregoing Stipulated Settlement Agreement as has been submitted by the parties and shall retain jurisdiction for purposes of interpreting and enforcing the terms of such Stipulated Settlement Agreement.

*[signature]*

Gary L. Lancaster
United States District Judge

#4063758-v4